IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| SHANE DERAY HODNETT, | ) | |
| Plaintiff, | ) | Civil Action No. 7:11-cv-00596 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| ROANOKE CITY JAIL, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1); Hodnett's request to proceed *in forma pauperis* is **DENIED** as **MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this order and accompanying memorandum opinion to the parties.

**ENTER**: This 27th day of March, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE